# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ARREDONDO ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FCI HERLONG,<br><br>Respondent. | Case No. 1:24-cv-01350-EPG-HC<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner Adrian Arredondo Alvarado is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

For federal prisoners, "petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court." Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000). Here, Petitioner challenges the execution of his sentence. Petitioner is currently incarcerated at the satellite camp of the Federal Correctional Institution in Herlong, California ("FCI Herlong"). (ECF No. 1 at 1.) FCI Herlong is located in Lassen County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, venue is proper in the Sacramento Division. Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is TRANSFERRED to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

United States District Court<br>
Eastern District of California<br>
501 "I" Street, Suite 4-200<br>
Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **November 6, 2024**              /s/ Eric P. Groj
                                         UNITED STATES MAGISTRATE JUDGE