IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ARREDONDO ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FCI HERLONG,<br><br>Respondent. | No. 2:24-CV-3066-DC-DMC-P<br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

On November 18, 2024, the Court directed Petitioner to resolve the fee status for this case within 30 days. See ECF No. 4. As of January 16, 2024, Petitioner had not complied, and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. See ECF No. 6. On January 24, 2025, Petitioner paid the filing fee for this case. Accordingly, the findings and recommendations issued on January 16, 2025, are vacated.

IT IS SO ORDERED.

Dated: January 30, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE