MICHELE BECKWITH
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ARREDONDO ALVARADO,<br><br>                     Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>                     Respondent. | CASE NO. 2:24-CV-3066-DC-DMC-P<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On March 31, 2025, Respondent requested an extension of time to file its response to Petitioner's 2241 petition.

Good cause appearing therefor, IT IS HEREBY ORDERED that Respondent's request until April 30, 2025, to file its response is granted.

Dated:  April 3, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1