1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ADRIAN ARREDONDO ALVARDO,              No. 2:24-cv-3066-DC-DMC (HC)

12            Petitioner,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
14    WARDEN FCI HERLONG,
                                             (Doc. Nos. 11, 13)
15            Respondent.

16

17        Petitioner, a federal prisoner proceeding *pro se*, brings this petition for a writ of habeas

18    corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 25, 2025, the assigned magistrate judge filed findings and recommendations

21    herein which were served on the parties and which contained notice to all parties that any

22    objections to the findings and recommendations were to be filed within fourteen days. (Doc. No.

23    13.) To date, neither party has filed objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

1

1        Accordingly, IT IS HEREBY ORDERED as follows:

2      1.     The findings and recommendations filed July 25, 2025 (Doc. No. 13) are

3             ADOPTED in full;

4      2.     Respondent's motion to dismiss (Doc. No. 11) is GRANTED;

5      3.     Petitioner's petition for a writ of habeas corpus (Doc. No. 1) is DISMISSED; and

6      4.     The Clerk of the Court is directed to close this case.

7

8

9        IT IS SO ORDERED.

10   Dated:  __**October 15, 2025**__          _____

11                                     Dena Coggins
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2